



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VADIM KISILENKO, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>STB SYSTEMS, INC., et al.,<br><br>　　　　　　　　Defendants. | ) No. 3:99-CV-2872-M<br>) (Consolidated with No. 3:00-CV-290-M)<br>)<br>) <u>CLASS ACTION</u><br>)<br>) ORDER AWARDING PLAINTIFFS'<br>) COUNSEL'S FEES AND<br>) REIMBURSEMENT OF EXPENSES<br>) AND AWARD TO LEAD PLAINTIFF<br>)<br>) |



35

THIS MATTER having come before the Court on October 24, 2000, on the application of counsel for the plaintiffs for an award of attorneys' fees and reimbursement of expenses incurred in this litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.	All of the capitalized terms used herein shall have the same meaning as set forth in the Stipulation of Settlement dated as of July 14, 2000 (the "Stipulation").

2.	This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3.	The Court hereby awards Plaintiffs' Settlement Counsel attorneys' fees of 30% of the Settlement Fund (before the Settlement Fund began earning interest) and reimbursement of litigation expenses in the amount of $118,260.72. Said fees and expenses shall be allocated among Representative Plaintiffs' Counsel in a manner which, in Plaintiffs' Settlement Counsel's good faith judgment, reflects each such Representative Plaintiffs' Counsel's contribution to the institution, prosecution and resolution of the litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4.	The awarded attorneys' fees and expenses shall be paid to Plaintiffs' Settlement Counsel immediately after the date this Order is executed subject to the terms, conditions and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein.

5. The Court hereby finds that an award of $2,500 to Lead Plaintiff Bess Rakow is fair and reasonable based upon her representation of the Class.

IT IS SO ORDERED.

DATED: 11/2/00

THE HONORABLE BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE

Submitted by:

STANLEY, MANDEL & IOLA, L.L.P.
Marc R. Stanley
Texas State Bar No. 19046500
Roger L. Mandel
Texas State Bar No. 12891750

MARC R. STANLEY

3100 Monticello Avenue, Suite 750
Dallas, TX 75205
Telephone: 214/443-4300

Liaison Counsel for Plaintiffs
MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
William S. Lerach
California Bar No. 68581
Keith F. Park
California Bar No. 54275
Helen J. Hodges
California Bar No. 131674
Jeffrey D. Light
California Bar No. 159515
Thomas E. Egler
California Bar No. 189871
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619/231-1058

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
Lesley E. Weaver
California Bar No. 191305
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545

Lead Counsel for Plaintiffs